**SLIP OP. 07–152**

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: GREGORY W. CARMAN, JUDGE

<table>
<tr><td>

WHEATLAND TUBE COMPANY and
ALLIED TUBE & CONDUIT CORPORATION,

                Plaintiffs,

v.

UNITED STATES,

                Defendant,

and

SAHA THAI STEEL PIPE COMPANY, LTD.,

                Defendant-Intervenor.

</td><td>

Court No. 04-00568

</td></tr>
</table>

[Department of Commerce's determination is AFFIRMED.  Case dismissed.]

October 24, 2007

Schagrin Associates (Roger B. Schagrin, Brian E. McGill, and Michael James Brown), Washington, D.C., for Plaintiffs.

Peter D. Keisler, Assistant Attorney General, David M. Cohen, Director, Jeanne E. Davidson, Deputy Director, Patricia M. McCarthy, Assistant Director, Civil Division, Commercial Litigation Branch, U.S. Department of Justice (David S. Silverbrand); Jonathan Zielinski, U.S. Department of Commerce, of Counsel, for Defendant.

O'Melveny & Myers LLP (Greyson L. Bryan, George C. Karamanos, and David Mortlock), Washington, D.C., for Defendant-Intervenor.

## JUDGMENT

Pursuant to the holding of the Court of Appeals for the Federal Circuit in *Wheatland Tube Co. v. United States,* slip op. 2006–1524, –1525 (Fed. Cir. July 25, 2007), it is hereby;

**ORDERED** that the Department of Commerce's determination in *Certain Welded Carbon Steel Pipes and Tubes from Thailand,* 69 Fed. Reg. 61,649 (Dep't Commerce Oct. 20, 2004) (final results of antidumping duty administrative review) is affirmed in its entirety; and it is further

**ORDERED** that this case is dismissed.

**SO ORDERED.**

/s/ Gregory W. Carman
Gregory W. Carman, Judge

Dated: October 24, 2007
New York, New York